KEITH H. RUTMAN (CSB #144175)
501 West Broadway Ste 1650
San Diego, California 92101-3541
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
email: krutman@krutmanlaw.com

DON L. O'KULA (CSB #107649)
Stewart and O'kula
PO Box 395
Lake Arrowhead, CA 92352
Telephone: (909) 337-6483
email: dokula2@msn.com

Attorneys for Plaintiff
JEFF COOK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
(Hon. Jesus G. Bernal)

| JEFFREY MICHAEL COOK, | Case No. 5:18-cv-01436-JGB-SP |
|---|---|
| Plaintiff, | MEMORANDUM OF POINTS AND AUTHORITIES |
| v. | |
| SAN BERNARDINO COUNTY SHERIFFS DEPUTIES DOES 1-15, | DEFENDANTS |
| Defendants. | |

　　　This is a section 1983 action against several San Bernardino Sheriff's Deputies who conducted an unjustified detention/arrest and used excessive force on September 22, 2017, around 2 a.m., in Defendant's home.

　　　Plaintiff does not know the names of the individual San Bernardino County Sheriffs Deputies he believes are liable for his injuries, so he cannot request the issuance of a summons.  The County is not a defendant because Plaintiff did not timely comply with the administrative claims process required by, inter alia, California Government Code §§ 905, 905.2 and 945.4.

　　　On May 3, 2018, the  San Bernardino County Sheriffs Department responded to Plaintiff's request for records under the California Public Records Act, but withheld most reports under a claim of investigatory privilege as set forth in Government Code §

6254(f), even though no prosecution is pending or contemplated (so far as Plaintiff is aware)   The minimal documents they did provide fail to identify by name or badge number any individual Deputies.  The most they provide is a unit designator (i.e. 23P11).

     Limited discovery is necessary prior to service of process to identify the proper individual Defendants.

     "As a general rule, the use of 'John Doe' to identify a defendant is not favored. . . . However ..., where the identity of alleged defendants will not be known prior to the filing of a complaint ..., the plaintiff should be given an opportunity through discovery to identify the unknown defendants, unless it is clear that discovery would not uncover the identities, or that the complaint would be dismissed on other grounds." <u>Gillespie v. Civiletti</u>, 629 F.2d 637, 642 (9th Cir.1980); <u>Wakefield v. Thompson</u>, 177 F.3d 1160, 1163 (9th Cir. 1999); <u>Dubner v. City and County of San Francisco</u>, 266 F.3d 959, 965-966 (9th Cir. 2001)(as a matter of law, the Plaintiff does not bear the burden of identifying the officers she contends violated her constitutional rights "at least when the City fails to produce evidence of the arresting officers' identity.  Dubner could reasonably assume she had named the right officers or the City would come forward with the name of the officers who actually arrested her. By shifting the burden of production (to identify the arresting officers) to the defendants, we prevent this exact scenario where police officers can hide behind a shield of anonymity and force plaintiffs to produce evidence that they cannot possibly acquire.")

     Plaintiff proposes to serve a deposition subpoena duces tecum on the San Bernardino County Sheriffs Department seeking (1) All police reports prepared by any officer who responded to the scene; (2) any photographs taken; (3) audio of any 911 calls and radio traffic; and (4) any other documents that might identify by name and badge number any individual Deputies who responded to the scene of the incident which forms the basis of liability.  Plintiff then proposes to then file a First Amended Complaint specifically identifying the Defendants and thereafter apply for the issuance

1 | of a summons.
2 |     Counsel for Plaintiff has made efforts to ascertain who might represent these
3 | Individual Defendants, but has been unable to do so.  A call to the Sheriff's Department
4 | was fruitless.  Based upon prior experience, it is likely a private firm under contract
5 | will appear for the Individual Defendants
6 |     A proposed Order is lodged herewith.

Respectfully Submitted,

Dated: July 12, 2018

s/ Keith H. Rutman
KEITH H. RUTMAN
Attorney for Plaintiff
Email: krutman@krutmanlaw.com