JS-6

HEIDI K. WILLIAMS (CA State Bar No. 297428)
Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-4402
Facsimile: (909) 387-4069
E-Mail: heidi.williams@cc.sbcounty.gov

Attorneys for Defendants Christopher Jones and Cipriano Lopez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MICHAEL COOK,<br><br>Plaintiff,<br>v.<br><br>SAN BERNARDINO COUNTY SHERIFFS DEPUTIES CHRIS JONES, CIPRIANO LOPEZ, DOES 1-15<br><br>Defendants. | Case No.: 5:18-cv-01436-KK<br><br>[~~PROPOSED~~] JUDGMENT AFTER TRIAL BY JURY AND ORDER<br><br>**[NOTE CHANGES MADE BY COURT]**<br><br>Trial:    April 4, 2022 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On September 26, 2018, Plaintiff JEFFREY MICHAEL COOK ("Plaintiff") filed the operative First Amended Complaint against Defendants San Bernardino Sheriff's Deputies Alexander Stumbo, Chris Jones, Cipriano Lopez, and Does 4-15 ("Defendants") alleging two claims pursuant to 42 U.S.C. § 1983 against all Defendants: (1) Unreasonable Seizure (Detention/Arrest); and (2) Unreasonable Seizure (Excessive Force). Dkt. 13.

On October 18, 2018, Plaintiff voluntarily dismissed defendant Alexander Stumbo from the action without prejudice pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i). Dkt. 23.

At a pre-trial conference held on September 23, 2021, the Court dismissed all unnamed doe defendants with prejudice. See dkt. 84. Neither party objected to their dismissal. Id.

At a pre-trial conference held on March 28, 2022, Plaintiff voluntarily dismissed his unlawful seizure (detention/arrest) claim against defendant Lopez. See dkt. 98.

The action then proceeded to trial on April 4, 2022 in Courtroom 3 of the United States District Court, Central District of California, before the Honorable Kenly Kiya Kato, United States Magistrate Judge. Plaintiff was self-represented. Defendants Jones and Lopez were represented by Heidi K. Williams of the San Bernardino County Office of the County Counsel.

A jury of eight persons were regularly empaneled and sworn.

After hearing all of the evidence, the Court duly instructed the jury, and the cause was submitted to the jury. On April 6, 2022, the jury returned to Court with a unanimous verdict in favor of Defendants Jones and Lopez. See dkts. 102, 103 (Redacted and Unredacted Verdict Forms).

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

That judgment be, and hereby is, entered in favor of Defendant SAN BERNARDINO SHERIFFS DEPUTY CHRIS JONES and Defendant SAN BERNARDINO SHERIFFS DEPUTY CIPRIANO LOPEZ and against Plaintiff JEFFREY MICHAEL COOK;

That Plaintiff take nothing; and,

Defendants shall recover costs from Plaintiff in accordance with applicable law.

Dated: April 18, 2022

_____
Hon. Kenly Kiya Kato
United States Magistrate Judge